UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

JIMMY STANFORD, ON HIS OWN
BEHALF AND OTHERS SIMILARLY
SITUATED,

           Plaintiffs,

-vs-                                        Case No. 6:07-cv-946-Orl-28KRS

FABRIC CLEAN, INC., ALIE BROTHERS,
INC., RAYMAN ALIE,

           Defendants.

---

## ORDER

This case is before the Court on the "Joint Motion for Approval and Stipulation for Dismissal with Prejudice" (Doc. No. 20) filed December 17, 2007. The United States Magistrate Judge has submitted a report recommending that the motion be granted.

After an independent *de novo* review of the record in this matter, and noting that no objections were timely filed, the Court agrees entirely with the findings of fact and conclusions of law in the Report and Recommendation. Therefore, it is **ORDERED** as follows:

1. That the Report and Recommendation filed December 19, 2007 (Doc. No. 21) is **ADOPTED** and **CONFIRMED** and made a part of this Order.

2. The Joint Motion for Approval and Stipulation for Dismissal (Doc. 20) is **GRANTED**. The settlement agreement is approved as to Jimmy Stanford only.

3. The collective action allegations in the complaint are dismissed.

4. This case is dismissed with prejudice.

5. The Clerk is directed to close this file.

**DONE** and **ORDERED** in Chambers, Orlando, Florida this __22__ day of January, 2008.

                                          JOHN ANTOON II
                                          United States District Judge

Copies furnished to:

United States Magistrate Judge
Counsel of Record
Unrepresented Party